# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 20-1127V
UNPUBLISHED

|  |  |
|---|---|
| JUSTICE DIVINE,<br><br>Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>Respondent. | Chief Special Master Corcoran<br><br>Filed: June 2, 2021<br><br>Withdrawal of petition; Order concluding proceedings |

## ORDER CONCLUDING PROCEEDINGS[1]

On September 2, 2020, Craig Divine filed a petition for compensation on behalf of his child, Justice Divine, under the National Vaccine Injury Compensation Program, 42 U.S.C. § 300aa—10 through 34.[2] Craig Divine alleged that Justice suffered autonomic dysfunction, among other injuries, after receiving his first human papillomavirus vaccination on July 19, 2017, and that Justice's injuries were significantly worsened by the second human papillomavirus vaccination on September 26, 2017. ECF no. 1. When Justice reached the age of majority, he was substituted as the proper petitioner. ECF no. 13.

Because a decision had not been issued within the time specified in Vaccine Rule 10(b), a notice issued advising that "that the petitioner may withdraw the petition under section 300aa-21(b) of this title or the petitioner may choose under section 300aa-21(b) of this title to have the petition remain before the special master." 42 U.S.C. § 300aa-12(g). On May 28, 2021, Petitioner filed a notice to withdraw his petition pursuant to 42 USC § 300aa-21(b).

In light of Petitioner's election to withdraw the petition pursuant to 42 USC § 300aa-21(b) (promulgated as Vaccine Rule 10(d)), Petitioner's request to withdraw his petition is **GRANTED**. Accordingly, **this Order hereby notifies the Clerk of Court that**

---

[1] Although I have not formally designated this Order for publication, I am required to post it on the United States Court of Federal Claims' website because it contains a reasoned explanation for the action in this case, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.

**proceedings "on the merits" of this petition are now concluded, but no judgment "on the merits" should be entered by the Clerk's Office.**

IT IS SO ORDERED.

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master